ALBERT A. RAPHAEL, Appellant, *v.* NEW YORK STATE REALTY AND TERMINAL COMPANY et al., Respondents.

Argued June 14, 1943; decided July 20, 1943.

*Edward R. Finch* and *Edward Kurland* for appellant.

*Gerald E. Dwyer, Clive C. Handy* and *Edward R. Brumley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.